NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7078

DARRELL POUNCIL,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Allison Kidd-Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, of Washington, DC, argued for respondent-appellee.  On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Mark A. Melnick, Assistant Director, and Michael S. Dufault, Trial Attorney.  Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge Lawrence B. Hagel

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7078

DARRELL POUNCIL,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the      UNITED STATES COURT OF APPEALS
                        FOR VETERANS CLAIMS

In CASE NO(S).          04-1071.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam:  (MAYER and GAJARSA, Circuit Judges and RESTANI, Judge.*):

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: October 4, 2007          /s/ Jan Horbaly
                                Jan Horbaly, Clerk

*       Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.